DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    **OK/HAV**

Attorney for Defendant
DIONICIA CARRION-MERAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-07-0079 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| v. ) | **STATUS CONFERENCE AND EXCLUDING** |
| ) | **TIME** |
| DIONICIA CARRION-MERAZ, ) | |
| ) | |
| Defendant. ) | Date: April 19, 2007 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Dionicia Carrion-Meraz, though their respective attorneys, that the status conference scheduled for April 19 may be continued to May 17, 2007, at 10:00 a.m.

The defense seeks additional time to interview Ms. Carrion's family members regarding the circumstances of her residence in the United States and her family history in order to determine whether she has a defense to the charge that she is an alien. The parties therefore ask to continue the status conference and agree that time under the Speedy Trial Act

should be excluded from the date of this order through May 17, 2007, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4), to afford reasonable time for defense preparation.

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

Dated: April 19, 2007     /s/ T. Zindel
                TIMOTHY ZINDEL
                Assistant Federal Defender
                Attorney for DIONICIA CARRION-MERAZ


                MCGREGOR SCOTT
                United States Attorney

Dated: April 19, 2007     /s/ T. Zindel for K. Reardon
                KYLE REARDON
                Assistant U.S. Attorney
                Attorney for Plaintiff

## O R D E R

The status conference is continued to May 17, 2007. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 17, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: April 26, 2007     /s/ David F. Levi
                HON. DAVID F. LEVI
                United States District Judge