```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                          OK/HAV


Attorney for Defendant
DIONICIA CARRION-MERAZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR. S-07-0079 DFL |
|                                  ) | |
|             Plaintiff,           ) | |
|                                  ) | **STIPULATION AND ORDER CONTINUING** |
|      v.                          ) | **STATUS CONFERENCE AND EXCLUDING** |
|                                  ) | **TIME** |
| DIONICIA CARRION-MERAZ,          ) | |
|                                  ) | |
|             Defendant.           ) | Date:  May 17, 2007 |
|                                  ) | Time:  10:00 a.m. |
| _____  ) | Judge: Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Dionicia Carrion-Meraz, though their respective attorneys, that the status conference scheduled for May 17 may be continued to June 14, 2007, at 10:00 a.m.

The defense seeks additional time to complete its investigation of Ms. Carrion's family background and the circumstances of her residence in the United States in order to determine whether she has a defense to the charge that she is an alien. The parties therefore ask to continue the status conference and agree that time under the Speedy Trial Act should

be excluded from the date of this order through June 14, 2007, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4), to afford reasonable time for defense preparation.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: May 15, 2007            /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for DIONICIA CARRION-MERAZ


                                          MCGREGOR SCOTT
                                          United States Attorney

Dated: May 15, 2007            /s/ T. Zindel for K. Reardon
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


**O R D E R**

The status conference is continued to June 14, 2007. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 14, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: May 17, 2007
                                          /s/ David F. Levi
                                          HON. DAVID F. LEVI
                                          United States District Judge